UNITED STATES DISTRICT COURT
OF NEW JERSEY
------------------------------------------------X
UNITED STATES OF AMERICA

vs.

JOSE JIMENEZ,

　　　　　　　　　Defendant.
------------------------------------------------X

**CONSENT ORDER
AMENDING RELEASE CONDITIONS**

Docket No.: 10-cr-802-1

IT IS HEREBY ORDERED, that on this 26th of January, 2012 that the conditions of release set forth on the 25th day of October, 2010 is hereby amended as follows:

1. That the defendant, Jose Jimenez's Home Detention with Electronic Monitoring be modified to a Curfew with Electronic Monitoring; hours to be approved by Pretrial Services.

2. That all other bail conditions set initially remain in effect.

Dated: January 27, 2012

_____
LAURIANO GUZMAN, JR. ESQ.
Attorney for Defendant

_____
MARY TOSCANO
Assistant United States Attorney

SO-ORDERED:
_____
DENNIS M. CAVANAUGH, U.S.D.J.

DATED: 30 JANUARY 2012