UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | ORDER FOR RETURN OF |
| | : | |
| VS. | : | DEPOSIT FOR BAIL |
| | : | |
| **BRAULIO ARIAS RIVERA** | : | RECOG. NEW 3556 |
| | | Case No. DNJX210CR000802 |
| | : | |

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for his appearance before this Court, and that the sum of Fifteen thousand dollars ($15,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this 27th day of April, 2012

**ORDERED** that the sum of Fifteen thousand dollars ($15,000.00) so deposited as aforesaid be returned to Braulio Arias, 200 Marshall Street, Elizabeth, New Jersey 07206 the surety of said recognizance.

JEROME B. SIMANDLE, CHIEF JUDGE
UNITED STATES DISTRICT COURT